IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | A-04-CR-181-SS |
| | ) | |
| FRANKLIN S. BUCKRIDGE, JR. | ) | |

## FACTUAL BASIS

At trial the Government would be prepared to prove as follows:

That on or about February 9, 2004, in the Western District of Texas, the Defendant, **Franklin S. Buckridge,** did use a facility and means of interstate and foreign commerce, that is, a computer with access to the Internet, to knowingly attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which Defendant could have been charged with Attempted Sexual Assault, contrary to Tex. Penal Code § 22.011, and Attempted Indecency with a Child, contrary to Tex. Penal Code § 21.11. A violation of Title 18, United States Code, Section 2422(b).

The Government would further be prepared to prove as follows:

That on or about February 9, 2004, in the Western District of Texas, the Defendant, **Franklin S. Buckridge,** did knowingly transport or ship in interstate or foreign commerce one or more visual depictions of minors engaging in sexually explicit conduct.

A. That the production of the original visual depictions involved the use of one or more minors engaging in sexually explicit conduct.

1

B. That the visual depictions were in the form of data stored on computer disk and other electronic means that was capable of being converted into visual images.

C. That the visual depictions were transported and shipped via computer and the Internet.

D. That the sexually explicit conduct transported and shipped depicted the following:

| Image | Description |
|---|---|
| India_blow. Jpg | A partially nude minor female wearing a sock and a necklace while an adult male's penis is inserted in her mouth. |
| underage sex.jpg | A nude minor female engaged in sexual intercourse with an adult male. |
| 11_sucks .jpg | A nude minor female sitting on a bed with an adult male's penis inserted in her mouth. |
| Cristie+fuck+2-7-03.jpg | A nude minor female lying on a bed engaged in lascivious exhibition of the genitals while an adult male masturbates above her. |

The Government would further be prepared to prove as follows:

A. The material involved a prepubescent minor and a minor under the age of twelve years.

B. The offense involved distribution to a minor.

C. The offense involved distribution to a minor that was intended to persuade, induce, entice, coerce, or facilitate the travel of, a minor to engage in prohibited sexual conduct.

D. The offense involved distribution.

E. The offense involved material that portrays sadistic and masochistic conduct and other depictions of violence.

F. A computer was used for the transmission or distribution of the material.

A violation of Title 18, United States Code, Section 2252(a)(1).

The government is not in possession of any evidence, or aware of any evidence, which indicates that Defendant's conduct was for pecuniary gain.

The government was prepared to prove the foregoing by physical evidence, forensic computer analysis, the Defendant(s) own admissions, and testimony of persons with knowledge of the foregoing events.

JOHNNY K. SUTTON
UNITED STATES ATTORNEY

By: /s/
GRANT SPARKS
Special Assistant United States Attorney